was merely translated by me to the defendant. You ask me if the statement was not actually given to Mr. Brown and not to me: No sir, this statement was given to me and I translated it to Mr. Brown."

We are of the opinion that we can say that this confession was given to Mr. Maltby, the person warning appellant. We here pretermit a discussion of whether or not this confession was also given to Mr. Brown. So believing, we think the confession to have been taken in conformity with Art. 727, C.C.P., and that same was admissible.

This cause will be reversed and remanded because of the admission of the testimony relative to what was found upon appellant's person, same having been found by virtue of his unlawful arrest without a warrant, Art. 727a, C.C.P. Vernon's Ann. C.C.P. art. 727a.

The judgment is reversed and the cause remanded.

No statement of facts or bills of exception accompany the record. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

DAVIDSON, Judge.

Upon his plea of guilty, appellant was assessed a term of two years in the penitentiary for cattle theft.